# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO.: 96-7026-CIV-GONZALEZ

Magistrate Judge Seltzer

**TIMOTHY JOHANSON with "Next Friend" LaDonna Johanson, WALTER JOHANSON**, and **VERONICA JULIANO with "Next Friend" Elizabeth Juliano**, Individually and on behalf of all others similarly situated,

      PLAINTIFFS,

-vs-

**ARENA DEVELOPMENT COMPANY, LTD.,** a Florida Corporation, **ARENA DEVELOPMENT COMPANY, INC.**, a Florida Corporation, **ELLERBE BECKET ARCHITECTS and ENGINEERS, INC.**, a Florida Corporation, the **FLORIDA PANTHERS HOCKEY CLUB, Ltd., BROWARD COUNTY, FLORIDA**, and the **CITY OF SUNRISE**, FLORIDA

      DEFENDANTS. _____ /

## ORDER GRANTING
## MOTION FOR SUBSTITUTION OF DEFENDANTS

THIS CAUSE is before the Court on Plaintiff's Motion for Substitution of Defendants, and good cause appearing therefor, it is

ORDERED AND ADJUDGED that the Substitution of Defendants GRANTED and attached revised Second Amended Complaint shall be deemed filed as of this date. Done this in Chambers this 25th day of **July, 1997**.

UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

cc:    Magistrate Seltzer
       Counsels of record

85

**EXHIBIT G**