UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 96-7026-CIV-GONZALEZ

TIMOTHY JOHANSON, et al.

        Plaintiffs,

vs.

ARENA DEVELOPMENT COMPANY,
LTD., et al.,

        Defendants.
_____/

**ORDER DISMISSING CASE**

THIS CAUSE is before the Court upon the Plaintiffs' Motion for Entry of an Order of Voluntary Dismissal (DE 100) and the Court being sufficiently advised, it is hereby ORDERED as follows:

1. Plaintiff's motion is GRANTED to the extent that it requests the Court to dismiss this action. Accordingly, this action is hereby DISMISSED without prejudice.

2. Pursuant to the parties' agreement at the mediation conference, the Court retains jurisdiction only to consider any applications for attorney's fees and costs.

3. To the extent not otherwise ruled upon, all pending motions are DENIED as moot.

DONE AND ORDERED in Fort Lauderdale, Florida, this 14th day of November 1997.

                                                                     BARRY S. SELTZER
                                                                   United States Magistrate Judge

Copies to:

Michael F. Lanham, Esq.
Biscayne Building, Suite #1102
19 West Flagler St.
Miami, FL  33130

Stanley H. Wakshlag, Esq.
Carol C. Lumpkin, Esq.
Akerman, Senterfitt & Eidson, P.A.
Suntrust International Center, 28th Floor
One Southeast Third Ave.
Miami, FL  33131-1704

Bruce G. Hermelee, Esq.
James M. Walker, Esq.
Hermelee, Stieglitz & Walker
200 S. Biscayne Blvd, Suite 4920
Miami, FL  33131-2352

Michael Burke, Esq.
Johnson, Anselmo, Murdoch,
 Burke & George, P.A.
790 E. Broward Blvd., Suite 400
Fort Lauderdale, FL  33301

John O. Stapleton, Jr.,  Esq.
John J. Copelan, Esq.
Assistant County Attorneys
Governmental Center, Suite 423
115 South Andrews Ave.
Fort Lauderdale, FL  33301